# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANNA TZVETANOVA,

        Plaintiff,

v.

WAL-MART STORES, INC.,

        Defendant.

Case No. 2:12-cv-02069-RCJ-CWH

**ORDER**

        This matter is before the Court on the parties' Stipulation (#98), filed August 19, 2013. The Court approves the stipulation except that the pending motion for settlement conference (#82) will be denied without prejudice in light of the parties agreement to participate in private mediation. Accordingly,

        **IT IS HEREBY ORDERED** that the parties' Stipulation (#98) is **granted in part and denied in part**.

        **IT IS FURTHER ORDERED** that Plaintiff's Motion for Settlement Conference (#82) is **denied without prejudice**.

        DATED this 20th day of August, 2013.

        _____
        **C.W. Hoffman, Jr.**
        **United States Magistrate Judge**