# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA TZVETANOVA ) | |
| ) | |
| Plaintiff, ) | Case No.  2:12-cv-02069-RCJ-CWH |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the parties' Stipulation (#98), filed August 19, 2013.  The Court approves the stipulation except that the pending motion for settlement conference (#82) will be denied without prejudice in light of the parties agreement to participate in private mediation.  Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation (#98) is **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Settlement Conference (#82) is **denied without prejudice**.

DATED this 20th day of August, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**